UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CASSAMAS, MICHAEL FORBES, and JOHN MACMASTER, on behalf of themselves and other similarly situated persons,<br><br>*Plaintiffs*,<br><br>v.<br><br>HALLKEEN MANAGEMENT, INC., HALLKEEN ASSISTED LIVING COMMUNITIES LLC, PROSPECT HOUSE GROUP LLC, HALLKEEN ASSISTED LIVING LLC, and PROSPECT HOUSE ASSOCIATES LIMITED PARTNERSHIP,<br><br>*Defendants*. | Case No. 1:24-cv-12574-ADB |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Michael Cassamas and Michael Forbes (together, "Plaintiffs") respectfully move the Court for final approval of the Class Action Settlement entered into between Plaintiffs and Defendants HallKeen Management, Inc., HallKeen Assisted Living Communities LLC, Prospect House Group LLC, HallKeen Assisted Living LLC, and Prospect House Associates Limited Partnership (collectively, "Defendants") and for final certification of the Settlement Class for purposes of settlement. On July 1, 2025, the Court preliminarily granted approval of the Class Action Settlement Agreement ("Settlement Agreement") and certified the Settlement Class for purposes of settlement. *See* Doc. No. 26.

In support of their Motion, Plaintiffs assert, *inter alia*, that the Settlement Agreement proposed for final approval is fair and reasonable and that the proposed Settlement Class meets the requirements of Rule 23 of the Federal Rules of Civil Procedure.

1

In further support of this Motion, Plaintiffs refer the Court to their Memorandum in Support of Motion for Final Approval of Class Action Settlement and the accompanying Joint Declaration of Plaintiffs' counsel, submitted herewith, and all documents filed of record in this matter. Defendants do not oppose the relief requested in this Motion. A Proposed Form of Final Approval Order, Final Judgment, and Order of Dismissal with Prejudice is attached hereto as <u>Exhibit 1</u>.

WHEREFORE, Plaintiffs respectfully request the Court grant this Motion for Final Approval of Class Action Settlement, finalize certification of the Settlement Class for purposes of settlement, and enter the Proposed Form of Final Approval Order, Final Judgment, and Order of Dismissal with Prejudice to fully resolve the issues in Plaintiffs' Class Action Complaint.

| | |
|---|---|
| Dated: October 20, 2025 | */s/ Ilana B. Gelfman*<br>Ilana B. Gelfman, BBO# 675250<br>Gary E. Klein, BBO# 560769<br>**GREATER BOSTON LEGAL SERVICES**<br>197 Friend Street<br>Boston, MA 02114<br>Tel: (617) 371-1234<br>igelfman@gbls.org<br>gkein@gbls.org<br><br>*/s/ Sean M.F. Ahern*<br>Sean M.F. Ahern, BBO# 698446<br>**LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL**<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>Tel: (617) 384-0071<br>sahern@law.harvard.edu<br><br>*/s/ Andrew J. Gallo*<br>Andrew J. Gallo, BBO# 645739<br>Michael K. Gocksch, BBO# 712757<br>L. Felipe Escobedo, BBO# 709142<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110<br>Tel: (617) 341-7700<br>andrew.gallo@morganlewis.com<br>michael.gocksch@morganlewis.com<br><br>*Counsel for Plaintiffs Michael Cassamas and Michael Forbes* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 20, 2025, a copy of the foregoing document was filed electronically through the Court's CM/ECF system, and notice will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        */s/ L. Felipe Escobedo*
                                                        L. Felipe Escobedo